# IN THE SUPREME COURT OF THE STATE OF NEVADA

LONG NGOC TU,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 79932

**FILED**

DEC 13 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF CERTIORARI AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION*

In this original pro se petition for a writ of certiorari and motion to dismiss for lack of personal jurisdiction, petitioner appears to challenge the fairness of the proceedings below, including being held in jail after allegedly violating the conditions of house arrest while released on bail.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840,

19-50583

844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

cc:    Long Ngoc Tu
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk